**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | In the Interest of H.L.W. and S.K.W., Children |
| Appellate case number: | 01-21-00654-CV |
| Trial court case number: | 91619-F |
| Trial court: | 300th District Court of Brazoria County |

Appellant, father, has filed a notice of appeal of the trial court's November 18, 2021 order in a suit affecting the parent-child relationship. Father's brief was due on January 3, 2022. *See* TEX. R. APP. P. 38.6(a). However, no brief was filed by that deadline. On January 5, 2022, the Clerk of this Court notified appellant that the time for filing his appellant's brief had expired. Also on January 5, 2022, father, through counsel, filed a motion for extension of time to file his appellant's brief. The motion requests that the deadline for filing father's brief be extended to January 25, 2022.

Father's motion is **granted**. Father's brief is due no later than January 25, 2022. Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of November 18, 2021, the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. **Accordingly, no further extensions of time will be granted absent extraordinary circumstances.**

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                 ☑ Acting individually    ☐ Acting for the Court

Date: ___January 11, 2022_____